UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PILETTE,<br><br>            Plaintiff,<br><br>v.<br><br>HORACE MANN INSURANCE COMPANY, a foreign corporation; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>            Defendants. | Case No. 2:11-cv-00328-LRH-GWF |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED by and through the parties hereto, through their respective counsel of record, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own fees and costs incurred herein; and further, Defendant's Motion for Declaratory Relief filed on June

. . .

. . .

. . .

13, 2011, Document #15, may be removed from the Court's calendar.

GANZ & HAUF

DATED: 9/2/11

By: _____
Adam Ganz, Esq.
Nevada Bar No. 6650
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Attorneys for Plaintiff,

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

DATED 9/7/11

By _____
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendant,

**ORDER**

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own fees and costs incurred herein.

DATED this 8th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -